JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO R. SUSTAYTA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL<br>　INSURANCE COMPANY, an<br>　Illinois Stock Corporation; and<br>DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-02050-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the Order [ECF No. 19] entered on or about April 2, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 2, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE